STATE OF NEW JERSEY v. DANA MCGEE.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. AZIZ SAMAD.

October 15, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY BIANCO.

October 15, 1985.

Petition for certification granted.   (See 205 *N.J.Super.* 462)

CALI ASSOCIATES AND LOUGHEED ASSOCIATES v. DEPARTMENT OF ENVIRONMENTAL PROTECTION.

October 15, 1985.

Petition for certification denied.